### J. A. (SON) DEESE, v. STATE

184 So. 924.
Division A.
Opinion Filed November 9, 1938.
Rehearing Denied December 8, 1938.

*Will O. Murrell,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, *Tyrus A. Norwood,* Assistant Attorney General, and *Frank T. Cannon,* Assistant County Solicitor, for the State.

PER CURIAM.—Writ of error brings for review judgment of conviction of the offense of larceny of two steers.

We have carefully considered all contentions presented by the plaintiff in error in brief and in oral argument and, in connection therewith, have considered the entire record with the result that we find no reversible error disclosed thereby.

Therefore, the judgment should be, and is, affirmed.

So ordered.

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.